UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| D ANTHONY TYERILL WILLIS and KENDRA ANN LAVINDER,<br><br>Plaintiffs/Counter-Defendants,<br><br>vs.<br><br>RJC INVESTMENT, INC.,<br><br>Defendant/Counter-Claimant. | Case No. CV-17-125-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Plaintiffs' Motion for Summary Judgment as to Count I of their complaint is DENIED; Plaintiffs' request to dismiss Count II of their complaint as moot is GRANTED; RJC's Motion for Summary Judgment as to Count I of Plaintiff's Complaint is GRANTED, and RJC's Motion for Summary Judgment as to Count I of its counterclaim is DENIED; Plaintiffs' Complaint is DISMISSED with prejudice; RJC's Counterclaim is DISMISSED without prejudice..

      Dated this 18th day of March, 2019.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Judith Rhoades
                              Judith Rhoades, Deputy Clerk